FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2014 OCT 22 PM 3: 24

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MARK ONDRICK, II, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. CV414-154 |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation. (Doc. 12.) In response, Plaintiff has filed a "Demand for Relief" (Doc. 15), which the Court construes as an objection to the report and recommendation. After careful consideration, the Court finds Plaintiff's arguments wholly without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and this case is hereby **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 22ND day of October 2014.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA